IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DAVID EUGENE BREEZEE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:17-cv-01207-STA-jay |
| ) | |
| GRADY PERRY, ) | |
| ) | |
| Respondent. ) | |

ORDER SETTING BRIEFING SCHEDULE

On February 14, 2022, the Sixth Circuit remanded for merits review Petitioner David Eugene Breezee's claim under *Brady v. Maryland*, 373 U.S 83 (1963). (ECF No. 28.) The Court therefore **DIRECTS** Petitioner to file a brief addressing the merits of his *Brady* claim within twenty-eight days of entry of this order and Respondent Grady Perry to submit a responsive brief within twenty-eight days of the filing of Petitioner's brief. Petitioner may, if he so wishes, file a reply brief within twenty-eight days of service of Respondent's brief.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: March 1, 2022.